UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-cv-80858-COHN/SELTZER

JEFFREY ALTIZER,

    Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 6]. Having reviewed the Stipulation and the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. All claims in the above-captioned action are **DISMISSED with prejudice** with each side to bear its own costs and fees.

2. All pending motions are **DENIED as moot** and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 8th day of August, 2010.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record